David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| **LOREN BOEL CLARK**<br>**HEIDI KAY CLARK,**<br>    Debtor(s) | **Bankruptcy No. 07-25782**<br>**(Chapter 7)**<br>Judge Judith A. Boulden |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   ___ A   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ✔ B   The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | $1.55 |
| | Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>PO Box 3194<br>Salt Lake City, UT 84110-3194 | $0.78 |

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 MAY 14 PM 1:46
DISTRICT OF UTAH
MAIL

A check in the amount of $2.33 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ____ day of May, 2010

/s/
_____
DAVID L. MILLER
Chapter 7 Trustee

```
                    UNITED STATES
                 U.S. Bankruptcy Cour
                    District of Utah

                 #  00263848  -  BH

                    May 14, 2010


    Code    Case #        Qty        Amount

    <OR=$25  07-25782                    2.33 CK
      Debtor - CLARK


    TOTAL→                             2.33


    FROM: DAVID L. MILLER
    CK 201
```



David L. Miller, Trustee  
PO Box 9  
Farmington UT 84025-0009

Case #: 07-25782-JAB  
Case: CLARK, LOREN BOEL AND CLARK, HEIDI KAY Debtor(s).

**STERLING BANK**  
2550 North Loop West 6th Floor  
Houston, TX 77092

PAY: TWO AND 33/100

VOID AFTER 90 DAYS

DATE: 03/18/2010

CHECK NO: 201

$2.33

TO THE ORDER OF: Clerk, US Bankruptcy Court

Small Dividends

203848

Trustee

⑈000000203⑈ ⑆113005549⑆ ⑈717707578 2⑈

Details on back.



David L. Miller, Trustee  
P. O. Box 9  
Farmington, UT 84025-0009

Case #: 08-27103-RKM  
Case:  
Debtor(s). GOMEZ, MARY AND GOMEZ SR, JAIME A

PAY: TWO AND 40/100

VOID AFTER 90 DAYS

DATE: 04/09/2010

CHECK NO: 107

$2.40

TO THE ORDER OF: Clerk, US Bankruptcy Court

203849

Trustee

**STERLING BANK**  
2550 North Loop West 6th Floor  
Houston, TX - 77092

Small Dividends

"000000107"  ":113005549:"  "717708703"

Details on back.